STATE of Missouri, ex rel. Robert
E. MARLER, O.D., Appellant,

v.

MISSOURI STATE BOARD OF
OPTOMETRY, Respondent.

No. WD 53414.

Missouri Court of Appeals,
Western District.

Aug. 26, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 30, 1997.

Application to Transfer Denied
Nov. 25, 1997.

Kevin A. Thompson, Jefferson City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Scott R. Pool, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### Order

PER CURIAM.

Appeal from a summary judgment in proceedings for attorney fees and expenses under § 536.087.1.

Affirmed. Rule 84.16(b).

Walter PRESCOTT, Appellant,

v.

STATE of Missouri, Respondent.

No. 71789.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 26, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 9, 1997.

Application to Transfer Denied
Nov. 25, 1997.

David E. Woods, O'Fallon, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for Respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### *ORDER*

PER CURIAM.

Defendant, Walter Edward Prescott, appeals from the denial of his Rule 29.15 motion for post-conviction relief. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the judgment is not clearly erroneous. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).